UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ANTHONY LEON DUNCAN,

       Defendant.
_____/

Case No. 1:05:CR:20

HON. GORDON J. QUIST

**ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed December 16, 2005, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Anthony Leon Duncan's plea of guilty to Count One of the Information is accepted. Defendant Anthony Leon Duncan is adjudicated guilty.

3. Defendant Anthony Leon Duncan shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: January 4, 2006

                /s/ Gordon J. Quist
           GORDON J. QUIST
      UNITED STATES DISTRICT JUDGE